**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1504**

———————

RONNIE T. SHELTON,

        Plaintiff - Appellant,

      v.

CAROLYN W. COLVIN, Social Security Administration; COMMONWEALTH OF VIRGINIA, Department of Disability Services; DISABILITY DETERMINATION SERVICES; SHARON L. GOTTOVI, Commonwealth of Virginia, Department of Rehabilitative Services, Disability Determination Services; BARRY LAWLOR, Commonwealth of Virginia, Department of Rehabilitative Services, Disability Determination Services,

        Defendants – Appellees,

      and

PEGGY CARTER, Social Security, Office of Disability Adjudication and Review; WINNIE J. WHITING, Social Security, Office of Disability Adjudication and Review,

        Defendants.

———————

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Michael F. Urbanski, District Judge. (5:12-cv-00009-MFU-JGW)

———————

Submitted: September 27, 2013     Decided: October 4, 2013

———————

Before MOTZ, KING, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Ronnie T. Shelton, Appellant Pro Se.  Kartic Padmanabhan, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia; Erin Laura Barrett, Pamela Brown Beckner, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie T. Shelton appeals the district court's order adopting the recommendation of the magistrate judge and dismissing Shelton's civil complaint in part, and granting the Commissioner's motion to remand. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Shelton v. Astrue</u>, No. 5:12-cv-00009-MFU-JGW (W.D. Va. filed Feb. 15, 2013; entered Feb. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>